IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANIEL M. WILSON,                          )
                                           )
      Plaintiff,                         )
                                           )
 vs.                                       )    CIVIL ACTION: 24-00283-JB-MU
                                           )
BALDWIN COUNTY JAIL, *et al.,*             )
                                           )
      Defendants.                        )

<u>ORDER</u>

      After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice.**

      **DONE and ORDERED** this 18th day of July, 2025.

<u>/s/ JEFFREY U. BEAVERSTOCK</u>
CHIEF UNITED STATES DISTRICT JUDGE